[Nos. 9808–0–I; 9809–0–I.   Division One.   September 27, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANCIS
J. KEOUGH, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. GAIL
L. NESKE, *Appellant.*

Appeals from judgments of the Superior Court for What-
com County, Nos. 80–1–00158–5, 80–1–00190–9, Marshall

Forrest, J., entered January 20, 1981, and December 24, 1980. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by Williams and Ringold, JJ.